**Michael S. LACY, Appellant,**

v.

**COMMISSIONER OF INTERNAL REVENUE, Appellee.**

**No. 07–3453.**

United States Court of Appeals, Eighth Circuit.

Submitted: Jan. 28, 2009.

Filed: Feb. 3, 2009.

Before RILEY, SMITH, and BENTON, Circuit Judges.

PER CURIAM.

Michael Lacy challenges the tax court's [1] order dismissing his pro se petition and imposing a $7,500 penalty under 26 U.S.C. § 6673. After careful review, we conclude that the dismissal and the penalty were each proper. Accordingly, we affirm. *See* 8th Cir. R. 47B. All pending motions are denied.

1. The Honorable Stanley J. Goldberg, United States Tax Court Judge.